AF 7553602 1.1c

9450 SW Gemini Dr
90924
Beaverton, OR 97008-7105



0007553602000011
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2023 MAR 17 A 11: 37

**USPS CERTIFIED MAIL**

9214 8901 4298 0479 8419 07



## See Important Information Enclosed

1

# UNITED STATES DISTRICT COURT - DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Michael Nelson** <br><br> Plaintiff,  v. <br><br> Chad M. Koehn etAl. <br><br> Defendants ;   PRO-Se. | **Case 2:23-cv-00374-EP-JBC** <br> **CIVIL ACTION** <br><br> **NOTICE OF DISMISSAL with PREJUDICE** <br><br><br> [Jury Trial Demanded] |

Comes now, Michael Nelson, plaintiff, pro se, who herein informs the Honorable US Federal Court for the District of New Jersey at Newark, that the above herein entitled case has been merged into an encompassing agreement to dismiss all Federal and State Actions.

WHEREFORE, the plaintiff above herein referenced requests the Court to immediately dismiss with prejudice the above herein entitled Civil Action; **Case 2:23-cv-00374-EP-JBC,** pursuant to a signed and notarized agreement made 8 March 2023, between all parties.

A document filed pro se is "to be liberally construed," Estelle, 429 U.S., at 106, 97 S.Ct. 285, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally reviewed "filings generously and with the leniency due pro se litigants", see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007) Respectfully Submitted, this 9th day of March 2023

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

702.932.3434





SUSTAINABLE FORESTRY INITIATIVE
Certified Sourcing
www.sfiprogram.org
SFI-00411

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2023 MAR 17  A 11: 34