# UNITED STATES DISTRICT COURT - DISTRICT OF NEW JERSEY

| Michael Nelson  Plaintiff, v.  Chad M. Koehn etAl.  Defendants ;  PRO-Se. | **Case 2:23-cv-00374-EP-JBC**  **CIVIL ACTION**  **NOTICE OF DISMISSAL with PREJUDICE**  [Jury Trial Demanded] |
|---|---|

Comes now, Michael Nelson, plaintiff, pro se, who herein informs the Honorable US Federal Court for the District of New Jersey at Newark, that the above herein entitled case has been merged into an encompassing agreement to dismiss all Federal and State Actions.

WHEREFORE, the plaintiff above herein referenced requests the Court to immediately dismiss with prejudice the above herein entitled Civil Action; **Case 2:23-cv-00374-EP-JBC**, pursuant to a signed and notarized agreement made 8 March 2023, between all parties.

A document filed pro se is "to be liberally construed," Estelle, 429 U.S., at 106, 97 S.Ct. 285, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally reviewed "filings generously and with the leniency due pro se litigants", see Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007)

Respectfully Submitted, this 9th day of March 2023

*/s/ Michael Nelson*

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

702.932.3434